IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEVIN DASHAN BAILEY**  **PLAINTIFF**
**ADC #155059**

V.    NO. 4:22-cv-00161-KGB-ERE

**K. NEWBRON,** *et al.*   **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.    Procedure for Filing Objections

This Recommendation for the dismissal of Mr. Bailey's claims has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Baker may adopt this Recommendation without independently reviewing all the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

### II.    Discussion

On February 17, 2022, Plaintiff Kevin Dashan Bailey, an inmate at the Pulaski County Detention Facility, filed this § 1983 *pro se* lawsuit. *Doc. 2*.

Mr. Bailey failed to sign his Complaint, as required by Local Rule 5.5(c)(2),[1] Federal Rule of Civil Procedure 11(a),[2] and this Court's Initial Order. *Doc. 3*.

On February 23, 2022, the Court ordered Mr. Bailey to file a signed Complaint within thirty (30) days or risk dismissal of this lawsuit. *Doc. 3*. To date, he has not responded to the Court's February 23rd Order, and the time for doing so has now passed.

### III.   Conclusion

The Court recommends that Mr. Bailey's claims be DISMISSED, without prejudice, based on his failure to: (1) comply with Local Rule 5.5(c)(2); (2) comply with Federal Rule of Civil Procedure 11(a); (3) respond to the Court's February 23, 2022 Order; and (4) prosecute this lawsuit.

DATED this 28th day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] As explained in the Court's initial order, Local Rule 5.5(c)(2) specifically provides that plaintiffs who are not represented by a lawyer "must sign all pleadings and other papers filed with the Court." *Doc. 3*.

[2] Federal Rule of Civil Procedure 11(a) provides that "[e]very pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented."