IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEVIN DASHAN BAILEY**
**ADC #155059**                                                                                                        **PLAINTIFF**

v.                                    Case No. 4:22-cv-00161-KGB-ERE

**K. NEWBRON**, *et al.*                                                                                        **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 5). Plaintiff Kevin Dashan Bailey has not filed any objections, and the time to file objections has passed. After careful consideration, the Court adopts the Recommended Disposition in its entirety as its findings in all respects (Dkt. No. 5).

Accordingly, the Court dismisses without prejudice Mr. Bailey's complaint based on his failure to: (1) comply with Local Rule 5.5(c)(2) of the Local Rules of the Eastern and Western District of Arkansas; (2) comply with Rule 11(a) of the Federal Rules of Civil Procedure; (3) respond to the Court's February 23, 2022, Order; and (4) prosecute this lawsuit. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying judgment would not be taken in good faith.

It is so ordered this 30th day of January, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge