IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEVIN DASHAN BAILEY**
**ADC #155059**                                                                                              **PLAINTIFF**

v.                             Case No. 4:22-cv-00161-KGB-ERE

**K. NEWBRON,** *et al.*                                                                                **DEFENDANTS**

### JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Kevin Dashan Bailey's claims are dismissed without prejudice. The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this 30th day of January, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge